IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

VIRGINIA WOLF and CAROL SCHUMACHER,
KAMI YOUNG and KARINA WILLES,
ROY BADGER and GARTH WANGEMANN,
CHARVONNE KEMP and MARIE CARLSON,
JUDITH TRAMPF and KATHARINA HEYNING,
SALUD GARCIA and PAM KLEISS,
WILLIAM HURTUBISE and LESLIE PALMER,
JOHANNES WALLMANN and KEITH BORDEN,

                                                                                              ORDER

                    Plaintiffs,

                                                                                          14-cv-64-bbc

          v.

SCOTT WALKER, in his official capacity as
Governor of Wisconsin,
J.B. VAN HOLLEN, in his official capacity as
Attorney General of Wisconsin,
RICHARD G. CHANDLER, in his official capacity as
Secretary of Revenue of Wisconsin,
OSKAR ANDERSON, in his official capacity as
State Registrar of Wisconsin,
GARY KING, in his official capacity as
Eau Claire County District Attorney,
JOHN CHISHOLM, in his official capacity as
Milwaukee County District Attorney,
JOSEPH CZARNEZKI, in his official capacity as
Milwaukee County Clerk,
WENDY CHRISTENSEN in her official capacity as
Racine County Clerk and
SCOTT MCDONELL, in his official capacity as
Dane County Clerk,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In response to this court's order dated March 4, 2014, dkt. #53, plaintiffs have agreed to withdraw their motion for a preliminary injunction in favor of an expedited schedule. Accordingly, IT IS ORDERED that plaintiffs' motion for a preliminary injunction, dkt. #27, is DENIED as moot, and the hearing scheduled for March 27, 2014 is canceled. A telephone scheduling conference will be held by Magistrate Judge Stephen Crocker on March 18, 2014 at 9:00 a.m. Counsel for plaintiffs are responsible for setting up the call to chambers at (608) 264-5153.

Entered this 12th day of March, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge