IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VIRGINIA WOLF and CAROL
SCHUMACHER, KAMI YOUNG and
KARINA WILLES, ROY BADGER and
GARTH WANGEMANN, CHARVONNE
KEMP and MARIE CARLSON, JUDITH
TRAMPF and KATHARINA HEYNING,
SALUD GARCIA and PAM KLEISS,
WILLIAM HURTUBISE and LESLIE
PALMER, and JOHANNES
WALLMANN and KEITH BORDEN,

    Plaintiffs,

  v.                                    Case No. 14-C-00064-BBC

SCOTT WALKER, J.B. VAN HOLLEN,
OSKAR ANDERSON, JOSEPH
CZARNEZKI, WENDY CHRISTENSEN,
and SCOTT MCDONELL,

    Defendants.

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants Scott Walker, J.B. Van Hollen, and Oskar Anderson (the "State Defendants"), by their attorneys, Assistant Attorneys General Timothy C. Samuelson, Thomas C. Bellavia, and Clayton P. Kawski, appeal to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order entered by this

Court on June 6, 2014. (ECF 118.) A true and correct copy of the Decision and Order is being filed with this Notice of Appeal.

The counsel of record for State Defendants on appeal will be Assistant Attorney General Timothy C. Samuelson. Assistant Attorneys General Thomas C. Bellavia and Clayton P. Kawski will also be serving as appellate counsel. The appropriate filing fee is being paid concurrent with this Notice of Appeal.

Dated this 9th day of June, 2014.

                                                Respectfully submitted,

                                                J.B. VAN HOLLEN
                                                Attorney General

                                                s/Timothy C. Samuelson
                                                TIMOTHY C. SAMUELSON
                                                Assistant Attorney General
                                                State Bar #1089968

                                                THOMAS C. BELLAVIA
                                                Assistant Attorney General
                                                State Bar #1030182

                                                CLAYTON P. KAWSKI
                                                Assistant Attorney General
                                                State Bar #1066228

                                                Attorneys for Defendants,
                                                Scott Walker, J.B. Van Hollen,
                                                and Oskar Anderson

- 3 -

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-3542 (Samuelson)
(608) 266-8690 (Bellavia)
(608) 266-7477 (Kawski)
(608) 267-2223 (fax)
*samuelsontc@doj.state.wi.us*
*bellaviatc@doj.state.wi.us*
*kawskicp@doj.state.wi.us*