# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

June 16, 2014

| No.: 14-2266 | VIRGINIA WOLF, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>SCOTT WALKER, J. B. VAN HOLLEN and OSKAR ANDERSON,<br>Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:14-cv-00064-bbc<br>Western District of Wisconsin<br>District Judge Barbara B. Crabb ||

Upon consideration of the **MOTION TO DISMISS APPEAL**, filed on June 16, 2014, by counsel for the appellants,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY



A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**(form ID: **137**)