IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

VIRGINIA WOLF and CAROL
SCHUMACHER, KAMI YOUNG and
KARINA WILLES, ROY BADGER and
GARTH WANGEMANN, CHARVONNE
KEMP and MARIE CARLSON, JUDITH
TRAMPF and KATHARINA HEYNING,
SALUD GARCIA and PAM KLEISS,
WILLIAM HURTUBISE and LESLIE
PALMER, and JOHANNES
WALLMANN and KEITH BORDEN,

   Plaintiffs,

  v.             Case No. 14-C-00064-BBC

SCOTT WALKER, J.B. VAN HOLLEN,
OSKAR ANDERSON, JOSEPH
CZARNEZKI, WENDY CHRISTENSEN,
and SCOTT MCDONELL,

   Defendants.

---

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants Scott Walker, J.B. Van Hollen, and Oskar Anderson (the "State Defendants"), by their attorneys, Assistant Attorneys General Timothy C. Samuelson, Thomas C. Bellavia, and Clayton P. Kawski, appeal to the United States Court of Appeals for the Seventh Circuit from the Judgment in a Civil Case ("Judgment") entered by this Court on June 19, 2014 (Dkt. 136) and the

Opinion and Order ("Order") entered by this Court on June 6, 2014 (Dkt. 118). A true and correct copy of the Judgment and the Order are being filed with this Notice of Appeal.

The counsel of record for State Defendants on appeal will be Assistant Attorney General Timothy C. Samuelson. Assistant Attorneys General Thomas C. Bellavia and Clayton P. Kawski will also be serving as appellate counsel. The appropriate filing fee is being paid concurrent with this Notice of Appeal.

Dated this 10th day of July, 2014.

        Respectfully submitted,

        J.B. VAN HOLLEN
        Attorney General

        **s/Timothy C. Samuelson**
        TIMOTHY C. SAMUELSON
        Assistant Attorney General
        State Bar #1089968

        THOMAS C. BELLAVIA
        Assistant Attorney General
        State Bar #1030182

        CLAYTON P. KAWSKI
        Assistant Attorney General
        State Bar #1066228

        Attorneys for Defendants,
        Scott Walker, J.B. Van Hollen,
        and Oskar Anderson

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin  53707-7857
(608) 266-3542 (Samuelson)
(608) 266-8690 (Bellavia)
(608) 266-7477 (Kawski)
(608) 267-2223 (fax)
*samuelsontc@doj.state.wi.us*
*bellaviatc@doj.state.wi.us*
*kawskicp@doj.state.wi.us*