UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WISCONSIN

---

**VIRGINIA WOLF, et al.,**

    Plaintiffs,

vs.                                                              Case No.: 14-cv-64-BBC

**SCOTT WALKER, et al.,**

    Defendants.

---

**PLAINTIFFS' MOTION FOR AN AWARD OF
ATTORNEYS' FEES, COSTS AND EXPENSES**

---

The plaintiffs, by their undersigned attorneys, hereby move for an award of attorneys' fees, costs and expenses pursuant to the Civil Rights Attorneys' Fees Awards Act of 1976, 42 U.S.C. § 1988.

As set forth more fully in their brief in support of this motion, their bill of costs, and the declarations of John A. Knight, Laurence J. Dupuis, James D. Esseks, Marc R. Kadish, Gretchen E. Helfrich, Jeff Scott Olson, Michael R. Fox, and Anne L. Clark, plaintiffs request an award of $1,237,623.00 in attorney's fees and $6,181.83 in out-of-pocket expenses.[1] The brief, declarations and supporting documents demonstrate that: (1) plaintiffs are "prevailing parties" within the meaning of 42 U.S.C. § 1988, and thus are entitled to an award of costs and expenses, including a reasonable attorney's fee; (2) counsel reasonably and necessarily spent the hours claimed in the litigation of this case;

---

[1] Plaintiffs are also submitting a separate Bill of Costs seeking $3,099.95 in costs.

(3) the hourly rates of counsel are reasonable; and (4) the claimed costs and expenses were reasonably and necessarily incurred in the litigation of this case.

WHEREFORE, plaintiffs respectfully request that this motion be granted and that the Court enter an order awarding the plaintiffs the sum of $1,243,804.83 in attorneys' fees, costs and expenses.

Dated this 12th day of December, 2014.

/s John A. Knight
JOHN A. KNIGHT
American Civil Liberties Union
 Foundation
Lesbian Gay Bisexual Transgender Project
180 North Michigan Ave., Ste. 2300
Chicago, IL 60601
(312) 201-9740
jaknight@aclu.org

LAURENCE J. DUPUIS
American Civil Liberties Union of
 Wisconsin Foundation
207 E. Buffalo St., Ste. 325
Milwaukee, WI 53202
(414) 272-4032
ldupuis@aclu-wi.org

JAMES D. ESSEKS
American Civil Liberties Union
Foundation
Lesbian Gay Bisexual Transgender Project
125 Broad Street
New York, NY 10004
(212) 549-2623
jesseks@aclu.org

HANS J. GERMANN
FRANK DICKERSON
Mayer Brown LLP
71 S. Wacker Dr.
Chicago, IL 60606
(312) 782-0600
hgermann@mayerbrown.com
fdickerson@mayerbrown.com

Gretchen Helfrich
Loevy & Loevy
312 North May Street
Chicago, IL 60607
gretchenh@loevy.com

*Attorneys for Plaintiffs*