UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

VIRGINIA WOLF, *et al.*,

        Plaintiffs,

v.                                                      Case No. 14-cv-64 (BBC)

SCOTT WALKER, *et al.*,

        Defendants.

## DECLARATION OF MARC R. KADISH

Marc Kadish, pursuant to 28 U.S.C. § 1746, declares as follows:

1.    I submit this declaration in support of the petition filed by Plaintiffs for an award of attorney fees, costs, and expenses arising from the work performed in the above captioned matter by Plaintiffs' counsel at Mayer Brown LLP as cooperating attorneys for the American Civil Liberties Union Foundation and the ACLU of Wisconsin Foundation.

2.    I am an attorney licensed to practice in Illinois since 1970. I have been the Director of Pro Bono Activities and Litigation Training for Mayer Brown since June 1, 1999. Prior to joining Mayer Brown I was a Clinical Professor at IIT-Chicago-Kent College of Law for 20 years. I taught Evidence and various lawyering skills classes. I am currently an Adjunct Professor at Northwestern Law School where I have co-taught a course entitled "Large Firms and Pro Bono" for over ten years. My current hourly rate is $555 but I do not have a commercial practice. My practice is entirely devoted to pro bono matters.

3.    Among my responsibilities at the firm is to act as the billing partner for all pro bono matters in our offices in the United States.

1

4.     Attached as Exhibit A is information forwarded by Corey Tobeck, a Client Financial Management Supervisor, at Mayer Brown. The Exhibit lists all the Mayer Brown lawyers, paralegals, Summer Associates and support personnel who billed time on this matter. It also lists their hourly rates from January 1, 2014 through June 30, 2014 and the increases which took place on July 1, 2014.

5.     These are the rates that Mayer Brown regularly charges clients whether the work is performed in Illinois or outside the State. Clients regularly and willingly pay these rates for the work of these lawyers.

6.     Of the twenty-eight people who worked on this matter, 12 are lawyers, 2 were summer associates, 7 are paralegals and the remaining 7 are or were support staff.

7.     Timothy Bishop, a partner, currently charges $980 per hour. He graduated magna cum laude from Northwestern Law School in 1985 where he was the Articles Editor of the law review. He clerked for Justice William J. Brennan on the United States Supreme Court. He was a Staff Counsel and Skadden Fellow with the American Civil Liberties Union of Illinois. He has argued five cases before the Supreme Court and briefed more than sixty cases before the Court.

8.     James Schroeder, a partner, currently charges $805 per hour. He graduated cum laude from the University of Wisconsin Law School in 1981. He was staff law clerk for the Seventh Circuit from 1983 to 1985. He was the Senior Staff Attorney at the Court from 1985 to 1988. He is a member of the firm's Supreme Court and Appellate Practice Group.

9.     Hans Germann is also a partner. His current hourly billing rate is $705. He graduated from Tulane University Law School in 2001 where he was a member of the Law Review. He has significant experience in state and federal regulatory, trial and appellate litigation.

10. Gretchen Helfrich was formerly an associate at the firm. Her last billed time on the matter was on August 4, 2014. Her hourly billing rate at that time was $565. Ms. Helfrich graduated cum laude from the University of Chicago Law School. She was also involved with the Illinois same-sex marriage case which was mooted when the Illinois legislature changed the Illinois law to allow same-sex couples to marry.

11. Kristin Silverman is an associate with the firm. Her current hourly rate is $595. Ms. Silverman graduated from IIT-Chicago Kent College of Law in 2008 where she was Executive Editor of the Law Review. She focuses her practice on anti-trust and complex commercial litigation matters.

12. Frank Dickerson is an associate with the firm. His current hourly rate is $555. Mr. Dickerson graduated from the University of Chicago Law School with high honors in 2010 where he was a member of the Law Review. He clerked for Judge Frank Easterbrook on the Seventh Circuit Court of Appeals. He has experience preparing briefs and dispositive motions in the Supreme Court of the United States, several Courts of Appeals and several District Courts.

13. Linda Shi is an associate with the firm. Her current hourly rate is $480. Ms. Shi graduated from the University of Chicago Law School with honors in 2012 where she was the Book Review and Essays Editor for the Law Review. She clerked for Chief Judge Mary Beck Briscoe of the United States Court of Appeals for the Tenth Circuit. She is a member of the Litigation and Dispute Resolution practice area. Her practice focuses primarily on complex commercial litigation.

14. Rebecca Klein is an associate with the firm. Her current hourly rate is $480. Ms. Klein graduated magna cum laude from the University of Michigan Law School in 2011 where she was the Notes Editor of the Law Review. She clerked for Judge Milton Shadur of the United

States District Court for the Northern District of Illinois. She is part of the Litigation and Dispute and Resolution practice area.

15.     Mary M. Anderson is an associate of the firm. She is currently clerking at the Sixth Circuit Court of Appeals in Detroit Michigan. While she was at the firm her billing rate was $425 per hour.

16.     Attached as Exhibit B are the firm's Detail Report by Matter which covers the hours expended on Wolf v. Walker et al. from January 2014 when the case was opened through December 2, 2014.

17.     This report is generated in the regular course of business by the accounting department of the firm. The report details the time and work recorded by the lawyers and support staff on an ongoing basis. The report for this case is 63 pages.

18.     Pages one through 39 record the time and work details. The total time recorded through December 2, 2014 is 1,524.85 hours. Page 60 summarizes the time spent by each lawyer, summer associate, paralegal, and support staff. These charges for lawyer, paralegal and support time are regularly billed by Mayer Brown to its clients. Pages 40 through 59 detail the costs expended by the firm. The total costs were $81,601.20. However $75,994.78 was devoted to Westlaw Research. The firm does not pass on Westlaw research in pro bono cases. Therefore, the total costs expended by the firm were $5,606.42. Pages 61 and 62 of the report summarize the total costs by category expended by the firm. The costs included in this expense report for photocopying, transportation, business meals, conference calls, and delivery services are costs that Mayer Brown regularly bills to its clients.

19.     Any fees awarded for services performed by Mayer Brown will be contributed to the ACLU Foundation and the ACLU of Wisconsin Foundation.

Under penalty of perjury, the undersigned certifies that the statements set forth in this declaration are true and correct to the best of his knowledge.

Executed on December 10, 2014.

                                                /s Marc R. Kadish
                                                Marc R. Kadish
                                                Mayer Brown LLP
                                                71 S. Wacker Dr.
                                                Chicago, IL 60606
                                                Tel: (312) 701-8747
                                                Fax: (312) 706-8774
                                                Email: mkadish@mayerbrown.com