

**Siegel, Helene F.**

| From: | Tobeck, Corey |
|---|---|
| Sent: | Tuesday, December 09, 2014 10:54 AM |
| To: | Siegel, Helene F. |
| Subject: | RE: Billing Rates Needed |

| Name | TKID | 1/1/14 - 6/30/14 | 7/1/14 - Current |
|---|---|---|---|
| Anderson, Mary M. | 46759 | 375 | 425 |
| Baker, Alexis | 00783 | 115 | 120 |
| Becker, Paige K. | 48632 | 285 | 285 |
| Bishop, Timothy S. | 01677 | 950 | 980 |
| Dickerson, Frank M. | 16960 | 510 | 555 |
| Dziekan, Susan | 03221 | 180 | 200 |
| Evans, Kristen N. | 06333 | 225 | 240 |
| Germann, Hans J. | 08240 | 675 | 705 |
| Helfrich, Gretchen E. | 15068 | 540 | 565 |
| Hinton, Beverly A. | 05712 | 115 | 120 |
| Kadish, Marc R. | 06202 | 535 | 555 |
| Kane, Stephen J. | 05849 | 675 | 705 |
| Klein, Rebecca M. | 16656 | 415 | 480 |
| Knox III, Paul K. | 01698 | 115 | 120 |
| Lobert, Joshua T. | 48658 | 285 | 285 |
| Madden, Brandy J. | 10824 | 295 | 305 |
| Muench, John E. | 07050 | 895 | 930 |
| Owens, Darryl K. | 03169 | 130 | TERM |
| Raffaele, Barbara | 10749 | 200 | 210 |
| Schroeder, James C. | 08485 | 775 | 805 |
| Serzante, Zanete | 06924 | 115 | 120 |
| Shi, Linda X. | 48245 | 415 | 480 |
| Siegel, Helene F. | 08695 | 310 | 320 |
| Silverman, Kristin M. | 13930 | 565 | 595 |
| Silverman, Robert D. | 08711 | 115 | 120 |
| Towns, Bobby H. | 09440 | 130 | 135 |
| Wells, Stephen F. | 09736 | 335 | 350 |
| Westphal, Joyce M. | 10144 | 230 | 240 |

Corey Q. Tobeck
Mayer Brown LLP
312-701-7752
ctobeck@mayerbrown.com

**From:** Siegel, Helene F.
**Sent:** Tuesday, December 09, 2014 10:52 AM

1