IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VIRGINIA WOLF, *et al.*,

    Plaintiffs,

v.                                                    Case No. 14-CV-00064

SCOTT WALKER, *et al.*,

    Defendants.

**STATE DEFENDANTS' UNOPPOSED MOTION FOR
AN EXTENSION OF TIME TO COMPLETE
BRIEFING REGARDING FEES AND COSTS ISSUES**

Defendants Scott Walker, J.B. Van Hollen, and Oskar Anderson ("the State Defendants") file this unopposed motion for an extension of time to complete briefing regarding fees and costs issues. The State Defendants' undersigned counsel has consulted with counsel for Plaintiffs, and Plaintiffs' counsel indicated that Plaintiffs do not oppose the briefing schedule that is requested in this motion. (Declaration of Clayton P. Kawski, filed herewith, ¶ 12.)

On December 12, 2014, Plaintiffs' filed their motion for an award of attorneys' fees, costs, and expenses, along with a brief and a number of supporting documents. (Dkts. #163 through 172-1.) Plaintiffs also filed a bill of costs and bill of costs itemization the same day. (Dkts. #173, 173-1.)

On December 15, 2014, the Court entered a text only order setting a deadline of January 5, 2015, for Defendants to respond to Plaintiffs' fees motion, with Plaintiffs' reply in support of their fees motion due January 15, 2015. With regard to the bill of costs, the CM/ECF system generated deadlines of December 22, 2014, for Defendants' to file objections, January 5, 2015, for Plaintiffs to file a brief in support, and January 6, 2015, for Defendants to file a reply in opposition. (*See* ECF notice associated with Dkt. #173.)

In light of the upcoming holiday schedule, counsels' workload, and counsels' planned time out of the office, *see* Kawski Decl., ¶¶ 1-12, the State Defendants respectfully request that the Court order the following briefing schedule to address the pending fees and costs issues in this action:

    1. State Defendants' response in opposition to Plaintiffs' motion for an award of attorneys' fees, costs, and expenses will be due by Friday, January 23, 2015;

    2. State Defendants' objections to Plaintiffs' bill of costs will also be due by January 23, 2015;

    3. Plaintiffs' brief in support of their bill of costs will be due by Wednesday, February 11, 2015;

4. Plaintiffs' reply brief in support of their motion for an award of attorneys' fees, costs, and expenses will also be due by February 11, 2015; and

5. State Defendants' reply brief in opposition to Plaintiffs' bill of costs will be due by Wednesday, February 18, 2015.

The State Defendants believe that the above schedule will fairly accommodate the parties' needs while permitting a complete exposition of the important issues remaining to be addressed by the Court. The State Defendants respectfully request that the Court grant their instant extension motion.

Dated this 16th day of December, 2014.

          Respectfully submitted,

          J.B. VAN HOLLEN
          Attorney General

          <u>/s/ Clayton P. Kawski</u>
          TIMOTHY C. SAMUELSON
          Assistant Attorney General
          State Bar #1089968

          THOMAS C. BELLAVIA
          Assistant Attorney General
          State Bar #1030182

          CLAYTON P. KAWSKI
          Assistant Attorney General
          State Bar #1066228

          Attorneys for Defendants
          Scott Walker, J.B. Van Hollen,
          and Oskar Anderson

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-3542 (Samuelson)
(608) 266-7477 (Kawski)
(608) 266-8690 (Bellavia)
(608) 267-2223 (fax)
*samuelsontc@doj.state.wi.us*
*kawskicp@doj.state.wi.us*
*bellaviatc@doj.state.wi.us*