IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VIRGINIA WOLF, *et al.*,

    Plaintiffs,

v.                                        Case No. 14-C-00064-BBC

SCOTT WALKER, *et al.*,

    Defendants.

**PLAINTIFFS' MOTION FOR CLARIFICATION OF THE INJUNCTION ORDER**

Pursuant to Rule 7, Fed. R. Civ. P., Plaintiffs Kami Young and Karina Willes (collectively, "Plaintiffs") respectfully move this Court for clarification of its injunction order, ECF No. 134, in light of *Baskin v. Bogan*, 766 F.3d 648, 672 (7th Cir.) *cert. denied*, 135 S. Ct. 316 (2014) *and cert. denied sub nom. Walker v. Wolf*, 135 S. Ct. 316 (2014). Specifically, Plaintiffs ask that the Court clarify its injunction to:

a)     direct the State Registrar in the Department of Health Services ("Registrar") to equally apply Wisconsin's presumption of parenthood for married couples, codified at Wis. Stat. § 891.41(1)(a), to both different-sex and same-sex couples;

b)     direct the Registrar to include both same-sex parents on the birth certificates of their children born during the marriage pursuant to Wis. Stat. § 69.14(1)(e)1, just as it does for different sex couples; and

c)     order the Registrar to issue a new original birth certificate nunc pro tunc for Plaintiffs' daughter born during the marriage to secure their parental rights and duties.

In support of this Motion, Plaintiffs concurrently submit a Memorandum in Support of the Motion and Declarations and Exhibits thereto, which are hereby incorporated in this Motion by reference.

Dated: April 20, 2015

By: /s/ Laurence J. Dupuis
Counsel for Plaintiffs

JOHN A. KNIGHT
American Civil Liberties Union Foundation
Lesbian Gay Bisexual Transgender Project
180 North Michigan Avenue
Suite 2300
Chicago, Illinois 60601
(312) 201-9740
jaknight@aclu.org

LAURENCE J. DUPUIS
SBN: 1029261
American Civil Liberties Union of Wisconsin Foundation
207 E. Buffalo Street, Suite 325
Milwaukee, Wisconsin 53202
(414) 272-4032
ldupuis@aclu-wi.org

JAMES D. ESSEKS
American Civil Liberties Union Foundation
Lesbian Gay Bisexual Transgender Project
125 Broad Street
New York, New York 10004
(212) 549-2623
jesseks@aclu.org

HANS J. GERMANN
FRANK DICKERSON
LINDA X. SHI*
KATHLEEN M. PRZYWARA*
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
(312) 782-0600
hgermann@mayerbrown.com
fdickerson@mayerbrown.com
lshi@mayerbrown.com
kprzywara@mayerbrown.com

*applications for admission pro hac vice pending.